UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENDER L. "PAT" HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00839 (RWR) |
| | ) |
| MICHAEL O. JOHANNS | ) |
| SECRETARY OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 5th day of June, 2006, via certified mail, return receipt requested, upon Defendant, the United States Attorney General, and the United States Attorney as follows:

> Michael O. Johanns
> U.S. Department of Agriculture
> Whitten Building, Room 200
> 1400 Independence Ave., S.W.
> Washington, DC 20250-0100

See Exhibit 1 (Copy of Certified Mail card).

> The Honorable Alberto Gonzales
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

See Exhibit 2 (Copy of Certified Mail card).

> Hon. Kenneth L. Wainstein
> U.S. Attorney's Office
> Judiciary Center Building, 10th Floor
> 555 4th Street, N.W.
> Washington, DC 20001

See Exhibit 3 (Copy of Certified Mail card).

                    Respectfully submitted,

                    /s/
                    JOSEPH D. GEBHARDT
                      (D.C. Bar No. 113894)
                    GEBHARDT & ASSOCIATES, LLP
                    1101 17th Street, N.W.
                    Suite 807
                    Washington, DC 20036-4716
                    (202) 496-0400

June 9, 2006            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 9th day of June 2006, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

        Hon. Kenneth L. Wainstein
        U.S. Attorney's Office
        Judiciary Center Building, 10th Floor
        555 4th Street, N.W.
        Washington, DC 20001

                    /s/
                    JOSEPH D. GEBHARDT