# EXHIBIT 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tyrea K_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Tyrea Lonon    C. Date of Delivery: 6/5/06<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Michael O. Johanns<br>U.S. Department of Agriculture<br>Whitten Building, Room 200<br>1400 Independence Ave., S.W.<br>Washington, DC 20250-0100 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label): 7003 1010 0003 3267 7499 | |
| PS Form 3811, August 2001    Domestic Return Receipt    Hunter    102595-02-M-1540 | |