```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **LENDER L. "PAT" HUNTER**  )<br>**3905 Napoleon Place**       )<br>**Bowie, MD 20716**            )<br>                              )<br>         Plaintiff,         )<br>                              )<br>    v.                       )<br>                              )<br>**MICHAEL O. JOHANNS**         )<br>**SECRETARY OF AGRICULTURE,**  )<br>**U.S. Department of Agriculture**)<br>**Whitten Building, Room 200A** )<br>**1400 Independence Ave., S.W.**)<br>**Washington, D.C. 20250-0100**)<br>                              )<br>         Defendant.          )<br>                              )<br>_____) | Civil Action No. 06-0839(RWR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

```
                    ____/s/_____
                    DIANE M. SULLIVAN
                    Assistant United States Attorney
                    555 Fourth Street, N.W.
                    Civil Division
                    Washington, D.C.  20530
                    (202) 514-7205
```