UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENDER L. "PAT" HUNTER )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>U.S. Department of Agriculture)<br>)<br>      Defendant. )<br>)<br>_____) | Civil Action No. 06-0839(RWR) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the complaint up to and including September 20, 2006.

Counsel for the defendant will not receive the records and litigation report in this case until the end of August. This additional time will allow counsel to review the file and prepare a response to the complaint.

Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including September 20, 2006 to answer or otherwise respond to the complaint.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205