**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
LENDER L. "PAT" HUNTER        )
                              )
         Plaintiff,           )
                              )
     v.                       )    Civil Action No. 06-0839(RWR)
                              )
MICHAEL O. JOHANNS            )
SECRETARY OF AGRICULTURE,     )
U.S. Department of Agriculture)
                              )
         Defendant.           )
                              )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to up to and including September 27, 2006 to answer the amended complaint.

Plaintiff filed an amended complaint before the answer to the original complaint before it was due.  Counsel for the defendant was unable to review the amended complaint or discuss it with her client last week because she had an opposition to a motion for preliminary injunction due on September 13, 2006 and a reply due September 15, 2006.  In addition, counsel was on TRO duty and had to handle several emergency matters.

Counsel for the plaintiff graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including September 27, 2006 to file an answer to

the amended complaint.

                          Respectfully submitted,

                          __/s/_____  
                          KENNETH L. WAINSTEIN, D.C. BAR # 451058  
                          United States Attorney

                          __/s/_____  
                          RUDOLPH CONTRERAS, D.C. BAR # 434122  
                          Assistant United States Attorney

                          __/s/_____  
                          DIANE M. SULLIVAN, D. C. BAR # 12765  
                          Assistant United States Attorney  
                          Judiciary Center Building  
                          555 Fourth Street, N.W.  
                          Room E4919  
                          Washington, D.C. 20530  
                          (202) 514-7205