UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENDER L. "PAT" HUNTER, )
    Plaintiff, )
)
v. )  Civil Action No. 06-0839 (RWR)
)
MICHAEL O. JOHANNS, )
SECRETARY OF AGRICLUTURE, )
U.S. Department of Agriculture, )
    Defendant. )
_____ )

## DECLARATION OF ELIZABETH ANDERSON

I, Elizabeth Anderson, do hereby declare the following:

1. I am the Maryland State Executive Director for the Farm Service Agency ("FSA"), U.S. Department of Agriculture ("USDA" and/or "the Agency").

2. I have been employed in this capacity since July 2004.

3. My duty location is in Columbia, Maryland.

4. Since I've been employed as Executive Director, I have been the first line supervisor of Plaintiff Lender "Pat" Hunter ("plaintiff). Plaintiff's duty location is Columbia, Maryland.

5. Plaintiff's position is head of the Administrative Staff section for our office. Plaintiff is responsible for supervising two (2) subordinate staff positions located in our offices in Columbia, Maryland.

6. In the ordinary course of business, I maintain and keep copies of all correspondence and performance appraisals that I have signed concerning plaintiff in my office in Columbia, Maryland.

7. All the actions, decisions, and recommendations I made with respect to plaintiff were made in Maryland and arose out of plaintiff's actions and/or employment in Maryland.

8. Plaintiff's Official Personnel Folder is also maintained and kept in the Maryland State FSA office in Columbia, Maryland.

9. I live in the state of Maryland.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 2nd day of November 2006.

_____
Elizabeth L. Anderson