**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LENDER L. "PAT" HUNTER,               ) | |
|                                       ) | |
|               Plaintiff,              ) | |
|                                       ) | |
|         v.                            ) | Civil Action No. 06-00839 (RWR) |
|                                       ) | |
| MICHAEL O. JOHANNS                    ) | |
| SECRETARY OF AGRICULTURE,             ) | |
| U.S. Department of Agriculture,)     | |
|                                       ) | |
|               Defendant.              ) | |
| _____)      | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**
**AND CONTINUE THE INITIAL SCHEDULING CONFERENCE**

Plaintiff Lender L. "Pat" Hunter, by and through under-
signed counsel, hereby moves, with Defendant's consent, for a
10-day extension of time until December 1, 2006, to file her
response to Motion to Dismiss, or in the Alternative, to
Transfer ("Motion"), and in support of this Consent Motion
states as follows:

1.   On November 7, 2006, Defendant filed its Motion, along
with an 18-page Memorandum and an accompanying exhibits.
Defendant's dispositive Motion, which requires a careful
response from Plaintiff, argues for dismissal of Plaintiff's
Complaint for want of sufficient connections to the District of
Columbia.

2.   Plaintiff's deadline to file her response in oppo-
sition is next week, November 21, 2006.

3.   Unfortunately, due to scheduling conflicts, which
includes the Thanksgiving holiday, Plaintiff's counsel requires

an extension of time in order to fully and properly prepare Plaintiff's response in opposition to Defendant's Motion.

4. Pursuant to the Court's October 10, 2003 Order, the Initial Scheduling Conference for this case is set for November 21, 2006. Because this Initial Scheduling Conference has not yet occurred and no Scheduling Order has been issued in this case, the brief 10-day extension of time requested herein will have no impact on the scheduling of this case and will not prejudice either party.

5. Pursuant to Local Civil Rule 7(m), counsel for the parties have conferred about this Motion, and Defendant consents to the requested extension of time. Further, both parties have agreed that it would be appropriate for the Court to continue the Initial Scheduling Conference pending a ruling on Defendant's Motion.

For all these reasons, this Consent Motion should be granted, Plaintiff should be given a 10-day extension of time until December 1, 2006, to file her response to Defendant's Motion to Dismiss, and the Initial Scheduling Conference should be continued pending an Order on Defendant's Motion. An appropriate Order accompanies this Motion.

Respectfully submitted,

_____/s/_____

JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

November 15, 2006        Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to File Response and Continue the Initial Scheduling Conference and proposed Order was served this 15th day of November, 2006, via both electronic case filing through the court and facsimile, upon counsel for Defendant as follows:

Diane M. Sullivan
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, DC 20530
Facsimile: (202) 514-8780

_____/s/_____

JOSEPH D. GEBHARDT