**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
LENDER L. "PAT" HUNTER,        )
                               )
        Plaintiff,             )
                               )
     v.                        ) Civil Action No. 06-00839 (RWR)
                               )
MICHAEL O. JOHANNS             )
SECRETARY OF AGRICULTURE,      )
U.S. Department of Agriculture,)
                               )
        Defendant.             )
_____)
```

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time to File Response and Continue the Initial Scheduling Conference and the full record, it is hereby this ___ day of November, 2006, **ORDERED**:

1.   That Plaintiff's Consent Motion is GRANTED;

2.   That Plaintiff shall file her response to Defendant's Motion to Dismiss on or before December 1, 2006; and

3.   That the Initial Scheduling Conference set for November 21, 2006, shall be continued pending a ruling on Defendant's Motion to Dismiss, or in the Alternative, to Transfer.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Diane M. Sullivan, Esq.
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, DC 20530