**EXHIBIT 3**

*additional harassment concerns*



| | |
|---|---|
| United States Department of Agriculture | October 4, 2005 |
| Farm and Foreign Agricultural Services | John Chott, Jr<br>Assistant to the Deputy Administrator<br>Farm Service Agency |
| Farm Service Agency | United States Department of Agriculture<br>1400 Independence Ave, S.W. |
| Maryland State FSA Office<br>8335 Guilford Road<br>Suite E<br>Columbia, MD 21046 | Room 3092-S, Stop 0539<br>Washington, DC  20250-0539 |

Dear Mr. Chott:

The purpose of this letter is to bring to your attention the continuous stressfully working environment being created by Ms. Anderson. This further substantiates my reasoning and evidence against the allegations levied by Ms. Anderson.

The first event took place in March 2005. Ms. Linda Slacum, County Executive Director, made an unauthorized commitment against the government. She contracted Corsica Telecom to perform work in the Centerville County FSA Office, without getting the State Contracting Officer's approval. I was not notified of the unauthorized commitment until March 31, 2005, when Ms. Slacum, by her own admission, informed me: "I have contracted Corsica Telecom to start work ASAP." (See attachment 1- E-mail dated March 31, 2005). I have attached additional documentation that shows Ms. Norma Agent and Ms. Slacum worked with the Staff in KCFO to bring this entire process together, without notifying me. (See attachment 2-6 Memo's dated March 18th, 22nd, and 30th). During my absence September 17-23, 2005, Ms. Anderson left a disturbing memo on my desk (See attachment 7) directing me to provide her with a written status report by September 27, 2005. Ms. Anderson had a copy of the ratification but never shared it with me until I e-mailed Ms. Slacum (See attachment 8), with cc to Ms. Anderson, regarding this matter. In a totally unprofessional manner, Ms. Anderson put a copy of Ms. Slacum's response to ratification on my desk, after I had left the office that day. She also provided me with another memo directing me to provide her with a status report by September 29, 2005. On September 29, 2005, I provided Ms. Anderson with a status report and clearly indicated that the Contracting Officer should have been the ONLY person to authorize and enter into government contracts. Ms. Anderson has provided no further communication on this matter.

The second event took place on September 29, 2005. I requested Ms. Anderson keep me in the loop regarding FSA Tomorrow. When I left the office that day, she placed a memo on my desk (with documentation) advising me of the task force she established. Because she was not in the office on the September 30, 2005, I emailed Ms. Anderson to request I be part of the task force. Ms. Anderson's response conveyed her unwillingness to include me in this major administrative initiative. This I found very disturbing and add to my claim of her efforts to exclude me from activities that are crucial to my job. Nevertheless, the

John Chott, Jr    Page 2

same day she participated in a two-hour conference call regarding FSA Tomorrow and did not share any of the details with me.

Again, I feel that it is necessary to being these actions to your attention, because she continues to create situations that are not conducive to moving FSA forward.

Sincerely,

*Pat Hunter* (signature)

Pat Hunter
State Executive Officer

172

Exhibit 15A
Page 2 of 26