**EXHIBIT 4**



United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service Agency

Deputy Administrator
for Field Operations

1400 Independence
Ave, SW
Stop 0539
Washington, DC
20250-0539

OCT 11 2005

TO: Pat Hunter, Executive Officer, Maryland State FSA Office

FROM: John W. Chott, Jr., Assistant to the Deputy Administrator for Field Operations

SUBJECT: Disciplinary Action

I have now reviewed your written reply to the proposal to suspend you for 30 calendar days. I have also carefully reviewed the rest of the entire record in this matter, including the proposal to suspend you and the material relied upon by the proposing official.

It is my decision that you will be suspended for 30 calendar days. However, I am willing to hold the decision letter in abeyance for 60 days under the following conditions, which will be reduced to writing in a settlement agreement. You will be granted two pay periods of administrative leave, beginning the pay period after the signing of the settlement and also two pay periods of leave without pay, beginning at the end of the administrative leave period, for a total of four consecutive pay periods. At the end of that time, you will agree to resign from the Agency. If you do not resign, the 30-day suspension will be put into effect.

Please inform me by close of business October 19, 2005, of your decision in this matter. If I do not hear from you, I will issue a decision letter and inform you of the dates on which you will be suspended without pay.