# EXHIBIT 5



**USDA**

**United States Department of Agriculture**

Farm and Foreign
Agricultural
Services

Farm Service
Agency

Maryland State
FSA Office
8335 Guilford Road
Suite E
Columbia, MD
21046

October 19, 2005

John Chott, Jr
Assistance to the Deputy Administrator
Farm Service Agency
United States Department of Agriculture
1400 Independence Ave., S.W.
Room 3092-S, Stop 0593
Washington, DC  20250-0539

Dear Mr. Chott:

This letter is the response to your October 11, 2005, memo and a supplement to the written and oral reply.

I feel that the proposed actions conveyed in your memo are not inline with the nature of the allegations and Human Resources policy and procedures.  Your proposed actions are extremely drastic and pejorative.  They create a no-win situation for the Maryland State FSA office and me.

As was communicated to you in my oral reply on 18 October 05, I cannot accept the recommendation that I resign in lieu of receiving your formal Decision to the Notice of Proposed Action.  Your proposed actions are not viable as the facts portrayed in the "Notice of Proposed Action" are factually incorrect.  Just as importantly, the proposed penalty "…does not fit the alleged offense and it is neither reasonable nor appropriate."

I shall continue to report for work as usual.  Furthermore, I look forward to establishing and maintaining a respectful and collaborative relationship with my Supervisor and a professional work environment conducive to moving FSA forward.

Thank you for agreeing to reconsider your "Decision."

Sincerely yours,

Pat Hunter
Executive Officer

Exhibit 15E2
Page 1 of 2