# EXHIBIT 6



**USDA**

United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service
Agency

Maryland State
FSA Office
8335 Guilford Road
Suite E
Columbia, MD
21046

October 13, 2005

John Chott, Jr
Assistant to the Deputy Administrator
Farm Service Agency
United States Department of Agriculture
1400 Independence Ave, S.W
Room 3092-S, Stop 0593
Washington, DC  20250-0539

Dear Mr. Chott:

In light of your October 11, 2005, memo and as offered in your September 05 email, I feel it is now time for a verbal meeting.  In fairness, this meeting should take place before you evoke any action.

I am also requesting a copy of the personnel policy and procedures used to support the intended actions in you October 11 memo.  This is crucial information because I need to share it with my legal representative.

Finally, I request your decision on a verbal meeting, along with the personnel policy and procedures, in a timely manner so that I can consider both before the October 19, 2005, deadline yet set.

Thank you,

Pat Hunter
Executive Officer