```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

LENDER L. "PAT" HUNTER,      )
                             )
            Plaintiff,       )
                             )
        v.                   )  Civil Action No. 06-0839 (RWR)
                             )
MICHAEL O. JOHANS            )
SECRETARY OF AGRICULTURE     )
U.S. Dept. of Agriculture,   )
                             )
            Defendant.       )
_____)

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative, Transfer; Plaintiff's Opposition; Defendant's Reply, if any, and the full record, it is hereby this ___ day of _____, 2006, ORDERED:

    1.    That Defendant's Motion is DENIED; and

    3.    That the Court will set an Initial Scheduling Conference at the earliest convenient date.


                                        _____
                                        RICHARD W. ROBERTS
                                        UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Diane M. Sullivan, Esq.
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530