**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LENDER L. "PAT" HUNTER )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>MICHAEL O. JOHANNS    )<br>SECRETARY OF AGRICULTURE,    )<br>U.S. Department of Agriculture)<br>)<br>    Defendant.    )<br>)<br>_____) | Civil Action No. 06-0839(RWR) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to up to and including January 9, 2007 to file a reply to plaintiff's opposition to defendant's motion to transfer.

Counsel for the defendant is in depositions this week in <u>Smith v. Jackson</u>, Civil Action No. 05-2042 and <u>Noble v. USPS</u>, Civil Action No. 05-0936 and is meeting experts in <u>Martin v. United States</u>, Civil Action No. 05-1593. In addition, counsel is on TRO duty the week of December 11-15, 2006 and in Court on December 18, 2006. Counsel for the defendant is scheduled to be on "use or lose" leave from December 19, 2006 - January 3, 2007.

Counsel for the plaintiff graciously consents to this request for extension of time.

Wherefore, it is respectfully requested that the defendant

have up to and including January 9, 2007 to file a reply.

    Respectfully submitted,

    __/s/_____
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney

    __/s/_____
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

    __/s/_____
    DIANE M. SULLIVAN, D. C. BAR # 12765
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C. 20530
    (202) 514-7205