UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENDER L. "PAT" HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0839 (RWR) |
| ) | |
| MICHAEL O. JOHANNS ) | |
| SECRETARY OF AGRICULTURE ) | |
| U.S. Dept. of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

Plaintiff Lender L. "Pat" Hunter, by and through undersigned counsel, hereby brings to this Honorable Court's attention the supplemental authority discussed below:

U.S. District Judge Rosemary M. Collyer, on January 5, 2007, issued a Memorandum Opinion and Order in <u>Kriesch v. Johanns</u>, Civil Action No. 05-02402 (RMC), which denied Defendant's motion to dismiss or for summary judgment and requesting transfer of any remaining claims to the District of Maryland. Judge Collyer's decision shows that the presiding District Court Judge has discretion to keep a federal sector employment discrimination case in the District of Columbia where certain of the complained-of actions arose in D.C. (conferring proper venue on this Court) while other issues arose in

Maryland. As Ms. Hunter asserted in her Opposition in the present case, the unlawful employment practice about which she complained, a 30-day suspension, occurred in the District of Columbia.[1]

The Kriesch Memorandum Opinion and Order is attached herewith; the Department of Agriculture's rejected request for transfer to Maryland and the Court's rationale are discussed on pages 3-4 and 10-11.

                                        Respectfully submitted,

                                        /s/
                                      JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                      MARK A. DANN
                                          (D.C. Bar No. 484523)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

January 8, 2007                  Attorneys for Plaintiff

---

[1] We do not contend that Judge Collyer's decision is exactly on point given some understandable factual differences in the Hunter and Kriesch cases. We offer this decision as a useful guide to determining a transfer request where a Department of Agriculture employee alleging discrimination has both D.C.- and Maryland-based issues. Both Ms. Hunter and Ms. Kriesch have their duty stations located in Maryland, but have discrimination claims that arose from actions taken by Defendant in D.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Supplement to Plaintiff's Opposition to Defendant's Motion to Dismiss or Transfer and attached <u>Kriesch v. Johanns</u> decision was served this 8th day of January, 2006, via electronic case filing through the Court and facsimile, upon counsel for Defendant as follows:

>Diane M. Sullivan, Esq.
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W.
>Washington, DC 20530
>Fax: (202) 514-8780

>   /s/
>JOSEPH D. GEBHARDT