**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
LENDER L. "PAT" HUNTER       )
                             )
          Plaintiff,         )
                             )
     v.                      )   Civil Action No. 06-0839(RWR)
                             )
MICHAEL O. JOHANNS           )
SECRETARY OF AGRICULTURE,    )
U.S. Department of Agriculture)
                             )
          Defendant.         )
                             )
_____)
```

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a three day enlargement of time to file a reply to plaintiff's opposition and supplemental memorandum to defendant's motion to transfer up to and including January 12, 2007.

Counsel for the defendant was reassigned a case right before the holidays involving five plaintiffs, <u>Abdelkarim, et al. v. Tomlinson</u>, Civil Action No. 05-1783. The file is voluminous. Counsel didn't obtain the full file until this past weekend. The depositions of plaintiffs began yesterday and are continuing today. In addition to the reassignment of the <u>Abdelkarim</u> case, counsel was assigned to an expedited Habeas petition involving a Marine presently in Iraq. The government's response was filed on January 3, 2007. While counsel was able to prepare a workable draft of an opposition in this case last week, she was unable to

complete and finalize an opposition because of the need to begin intensive preparation over the weekend for the five depositions in the Abdelkarim case.

Counsel for the plaintiff graciously advised defense counsel over the weekend of a recent authority he will rely on. However, due to the need to prepare for the depositions in Abdelkarim scheduled yesterday and today, counsel has been unable to review plaintiff's supplemental memorandum. Plaintiff's counsel does not oppose this request.

Wherefore, it is respectfully requested that the defendant have up to and including January 12, 2007 to file a reply.

                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              __/s/_____
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205