# Exhibit 1

# FORMAL COMPLAINT OF DISCRIMINATION
## FSA CASE # MD-05-001E
## FSA-05-01116

| Name of Complainant (Last, First, Middle Initial) | Name of Representative (Last, First, Middle Initial) |
|---|---|
| Hooker-Hunter, Lender L. | To Be Determined at a later Date |

| Address | Address |
|---|---|
| 3905 Napoleon Place<br>Bowie, MD 20716 | |

| Home Telephone No. | Work Telephone No. | Home Telephone No. | Work Telephone No. |
|---|---|---|---|
| 301-249-1212 | 410-381-4550 | | |

| Name and Address of Agency Which You Believe Discriminated Against You | Name and Telephone Number of EEO Counselor Who Attempted Resolution |
|---|---|
| USDA-Farm Service Agency Maryland State Office<br>8335 Guilford Road, Suite E<br>Columbia, MD 21046 | Gregory Ferby |

| Responding Official (Alleged Discriminating Official) | Date You Received the Notice of Right to File a Formal Complaint |
|---|---|
| Elizabeth L. Anderson<br>Maryland State Executive Director | October 3, 2005 |

**Reason(s)/Basis(es) You Believe You Were Discriminated Against**

Reason: Harassment, Hostile work environment (non-sexual) and disparate treatment

Basis(es) Race, Color, and Gender

AN EQUAL OPPORTUNITY EMPLOYER

# FORMAL COMPLAINT OF DISCRIMINATION
## FSA CASE # MD-05-001E
### FSA-05-01116

| | |
|---|---|
| How Were You Discriminated Against? (Explain how you were treated differently from other employees or applicants because of your race, color, religion, national origin, marital status, disability, sex, age, reprisal, or sexual orientation. If your complaint involves more than one allegation of discrimination, list and number each allegation separately and furnish specific, factual information in support of each). I am being discriminated against based on my race, color, and gender. My supervisor harassed me before and during my military training, created a hostile work environment by allowing staff to send rude emails, and disparately treated me when she resulted to written and non-verbal communication. (Use additional sheets, if necessary) | |
| Specific Corrective Action You Want Taken on your Complaint (If more than one allegation is being made, state overall corrective action desired and the specific correction action desired for each separate allegation). Removal of proposed disciplinary action, stop the harassment, removal of alleged allegations from my Mid-year performance appraisal and any other negative coment's placed in my OPF, A pass performance appraisal for FY-05 and potential attorney fees. | |

If Applicable to This Complaint, Please Check the Statement(s) Below

| | |
|---|---|
| | I filed a grievance through the negotiated grievance procedure. |
| | I filed an appeal with the Merit Systems Protection Board. |
| | I filed a civil action in U.S. District Court. |

| Signature of Complainant (You must sign this form unless your representative is an attorney). X [signature] | Date 10/12/2005 |
|---|---|
| Signature of Attorney | Date |

### Privacy Act Statement (6 USC 552a)

This form is subject to the Privacy Act of 1974.
Authority: 42 USC 2000E-16
Principal Purpose: To establish the case records and assist in the processing of the complaint
Routine Use: Used by EEO officials, administrative judges, investigators, the Equal Employment Opportunity Commission, and/or the Department of Justice for processing the complaint and appeal.
Disclosure is Voluntary: If the individual does not furnish the information requested, there will be no adverse consequences. However, failure to furnish information requested on the form may delay or impair processing of the complaint.

AN EQUAL OPPORTUNITY EMPLOYER

30

Exhibit 1
Page 3 of 5

September 5, 2005

Pat Hunter
Executive Officer

Lydia C. Jones
EEO Counselor
202-663-7022

As per over conversation August 26, 2005, I would like to file an EEO complaint against Ms. Elizabeth Anderson based on the following:

**Race/Disparate Treatment:** On August 8, 2005, Ms. Anderson issued me a proposed suspension letter for a period of 30 days without pay.

White employees are provided staff support when asked. I have requested staff support on a number of occasions, I was denied. Alison Lenz, GS-7 requested assistance and Ms. Anderson hired a county office employee to come in to assist her with the one program she was working on.

Requests information from my counterparts when I in the office

Ms. Anderson purposely held information that was given to her to pass on to me for processing. When I asked her about the documents, she denied ever receiving them. I received conformation in writing that Ms. Anderson is in procession of the FSA-875. She then admitted that she would fax them to me. (See email dated may 23, 2005).

Ms. Anderson harassed me during my military training in July 05. First, she questioned having to conduct training in May. She asked if I could change my training time. On July 25, 2005, for a response that could have waited until I returned from training. She emailed me about Notice AO-1337 (attached), to clear up some questions that were clearly stated in the Notice. (see emails dated 25/26&27 July. I responded because I was afraid that she would hold it against me for not responding. She also forwarded a copy of her questions to the individual I initially responded to (Windy Collins).

White employee were given favorable comments on their mid year performance appraisal. I was discredited (see attached performance appraisal).

**Hostile work environment:** Refuse to discuss work related information with me (see email dated August 9, 2005). She leave written notes on my desk when I leave for lunch or leave for the day.

She communicates face to face/via telephone with my co-workers and peers. Meetings are conducted with other supervisors. She leaves me notes and send email messages.

Co-workers are allowed to send rude message to me and forwarding them around to other employees in the office. See email dated June 9 and 13, 2005.

When co-workers bring issues to Ms. Andersons' attention in an attempt discredit me she takes their side until they are proven wrong. Ms. Anderson then drops the issue. (see email dated June 20, 2005. See memo dated October 21, 2004. This memo was developed to advise the DD's that DAFO had made a change in FSA Travel Policy. Mr. Thomas long failed to communicate this change to his county offices. I would have been held accountable if I would not have produced these attached documents to Ms. Anderson. Noting was done to Mr. Long.

Ms. Anderson's treatment hostile and harassing treatment is causing undue stress and preventing me from performing my job effectively.

Please call if you have additional questions or concerns. I will be in the office September 6, 2005. You can reach me at 410-381-4550 Ext 103.