# Exhibit 2



**United States Department of Agriculture**

**Office of the Assistant Secretary for Civil Rights**

**Office of Civil Rights**

1400 Independence Avenue SW

Washington, DC 20250

DEC - 7 2005

Ms. Lender L. Hooker-Hunter
3905 Napoleon Place
Bowie, Maryland 20716

Re: USDA Complaint No.: FSA-2005-01116

Dear Ms. Hooker-Hunter:

This letter acknowledges receipt of and accepts your Equal Employment Opportunity (EEO) complaint of discrimination against the Farm Service Agency (FSA) dated October 12, 2005, and based on its postmark it is considered filed October 13, 2005. It has been assigned the complaint number shown above. Please refer to this complaint number in any future communication on the subject EEO complaint.

On November 2, 2005, we received your November 1, 2005, letter requesting to withdraw the incident of "proposed disciplinary action" because you subsequently received a 30-day suspension and are pursuing this matter with the Merit Systems Protection Board. Therefore, we are accepting and referring for investigation the following claim:

> Whether from May 2005, to the present the agency subjected the complainant to harassment[1] (non sexual) and discrimination (disparate treatment) based on race (Black), color (unspecified), and sex (female) when:
>
> (a) other employees have been provided staff support while her repeated requests for support have been denied;
> (b) she received negative comments on her mid-year performance evaluation;
> (c) her supervisor routinely requests information from her counterparts and not the complainant;
> (d) her supervisor withheld documents (FSA-875 form) from her;
> (e) in June 2005, her coworkers sent her rude emails and management failed to adequately address the matter;
> (f) in July 2005, her supervisor e-mailed her several times while she was away on military training;

---

[1] The phrase "hostile work environment" is a finding or result of the finding that harassment occurred, and that the harassment is severe or pervasive enough to alter a condition or privilege of employment. See National Railroad Passenger Corp. v. Morgan, 122 S. Ct. 2061 (June 10, 2002) and Cobb v. Department of Treasury, EEOC Request No. 05970077 (March 13, 1997). The phrase is not an issue or incident but the identification of the result of harassment

(g) her supervisor refuses to discuss work related information with her and instead she leaves notes on her desk or sends e-mails, the most recent event occurred August 9, 2005; and,

(h) her supervisor readily believes discrediting statements by her co-workers and fails to take action once they are disproved?

The Department of Agriculture (Department) is required under 29 C.F.R. §1614.108 to complete an impartial, factual and appropriate investigation of the accepted claim within 180[2] days of the date the subject EEO complaint was filed. An appropriate factual record is one that allows a reasonable fact finder to draw conclusions as to whether discrimination occurred. The complainant and the Department may voluntarily extend the 180-day time period not to exceed an additional 90 days. In addition, the Department may unilaterally extend the 180-day time period or any period of extension for not more than 30 days where it must sanitize a complaint file that contains classified information.

When the investigation begins, an EEO Investigator will contact you. You are required to fully cooperate with the EEO Investigator. Failure to do so may result in dismissal of your EEO complaint. You must present to the EEO Investigator all the information that you wish considered that is relevant to the accepted claim. Also, you must provide the EEO Investigator with the names of any witnesses that you believe should be contacted.

You must keep the agency informed of your current address. If the Department is unable to locate you, your complaint may be dismissed under 29 C.F.R. §1614.107(a)(6).

When you receive the EEO investigative report, you will be notified of your right to elect either an agency decision based on the record or a hearing with a decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ). The notification will provide you with the specifics on how to exercise your election rights.

If you have not received the EEO investigative report after 180 days from the filing of your EEO complaint, you have the right to request a hearing from an EEOC AJ. Should you request a hearing, enclosed is the identification of the EEOC District Office and address where the hearing request should be sent. Additionally, you must also certify to the EEOC that a copy of the hearing request was sent to the following address:

United States Department of Agriculture
Farm Service Agency
Civil Rights Director
Mail Stop: 0509
1400 Independence Avenue, SW
Washington, DC 20250

---

[2] All references to days refer to calendar days unless specified otherwise.

If you do not agree with the accepted claim, you must provide us with sufficient reasons, in writing, within 7 calendar days from receipt of this letter, and it will be included in the complaint file. The statement should be sent to the following address:

> United States Department of Agriculture
> **Office of Civil Rights**
> **Employment Complaints Division**
> **Intake, Accept/Dismiss Branch**
> 1400 Independence Avenue, S.W.
> Stop Code 9440
> Washington, DC 20250-9440

Be advised that, consistent with EEOC Regulations and the Secretary of Agriculture's strong commitment to the early resolution of EEO complaints, parties are encouraged to seek resolution to complaints at any stage of the EEO complaint process. Settlement discussions may take place throughout the administrative complaint process. If a resolution is achieved, a copy of the settlement agreement must be provided to this office promptly to avoid unnecessary confusion and additional cost. Likewise, if at any stage of the EEO complaint process if you wish to voluntarily withdraw your complaint, you must promptly provide to this office, a written request to withdraw your EEO complaint. The withdrawal request must be signed, dated, and include the EEO complaint number. To ensure prompt receipt, please fax a copy of the voluntary settlement agreement or voluntary withdrawal directly to the **Complaints Adjudication Division**, at Fax Number (202) 401-8035.

If there are any questions or concerns regarding the status of this complaint, please contact the **CUSTOMER SERVICE UNIT** at 1-800-795-3272.

Sincerely,

*Denise B. Banks* (signature)

Denise A. Banks
Chief
Employment Complaints Division
Office of Civil Rights

Enclosure

cc: Civil Rights Director, FSA (w/copy of the November 1, 2005, letter from the Complainant)

ECD Liaison