UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
LENDER L. "PAT" HUNTER,        )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 06-0839 (RWR)
                               )
MICHAEL O. JOHANNS             )
SECRETARY OF AGRICULTURE       )
U.S. Dept. of Agriculture,     )
                               )
          Defendant.           )
_____)
```

### NOTICE OF APPEARANCE

Please enter the appearance of Mark A. Dann as counsel for Plaintiff in the above-captioned case.

                                  Respectfully submitted,

                                  /s/
                              JOSEPH D. GEBHARDT
                                  (D.C. Bar No. 113894)
                              MARK A. DANN
                                  (D.C. Bar No. 484523)
                              GEBHARDT & ASSOCIATES, LLP
                              1101 17th Street, N.W.
                              Suite 807
                              Washington, DC 20036-4716
                              (202) 496-0400

January 23, 2007             Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served this 23rd day of January, 2006, via electronic case filing through the Court and facsimile, upon counsel for Defendant as follows:

>Diane M. Sullivan, Esq.
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W.
>Washington, DC 20530
>Fax: (202) 514-8780

>\_\_\_\_/s/_____
>MARK A. DANN