# EXHIBIT 1



**USDA**

United States
Department of
Agriculture

FEB 0 5 2007

Farm and Foreign
Agricultural
Services

Farm Service
Agency

1400 Independence
Ave, SW
Stop 0590
Washington, DC
20250-0590

Ms. Pat Hunter
3905 Napoleon Place
Bowie, Maryland 20716

Dear Ms. Hunter:

This is to notify you of our decision to reassign you effective February 4, 2007, from your position as an Executive Officer, GS-301-13/04, Maryland Farm Service Agency Office, to a Program Coordination Specialist, GS-301-13/04, located in the Office of the Deputy Administrator for Field Operations (DAFO), Human Resources Management and Internal Operations Staff. You will be reporting to John W. Chott, Jr., Assistant to DAFO.

This reassignment is necessary to assure maximum utilization of your skills and the needs of the Maryland State office. This will allow critical on-going functions of the Agency in Maryland to be met while also respecting your active duty service and ensuring we support that by providing you with continued employment to "a like position in seniority, status and pay" upon your return. According to Attachment 1 to CPM 2001-09, "Employment Rights and Benefits of Federal Civilian Employees Who Perform Active Military Duty", a memorandum issued by the Office of Personnel Management, dated September 14, 2001, "Employees who served more than 90 days have essentially the same rights, except that the agency has the option of placing an employee in a position for which qualified of like seniority, status, and pay".

Upon return to civilian duty, please report to Mr. Chott at the USDA South Building, 14th & Independence Avenue, S.W., Washington, DC 20250, Room 3092-S. If you have any questions, please contact me or Mr. Chott directly at (202) 690-2807.

Sincerely,

Steven A. Connelly
Deputy Administrator for Field Operations

Attachment