**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
LENDER L. "PAT" HUNTER,        )
                               )
              Plaintiff,       )
                               )
         v.                    )   Civil Action No. 06-0839 (RWR)
                               )
MICHAEL O. JOHANNS             )
SECRETARY OF AGRICULTURE       )
U.S. Dept. of Agriculture,     )
                               )
              Defendant.       )
_____)
```

## PLAINTIFF'S NOTICE OF FILING

Plaintiff Lender L. "Pat" Hunter, by and through undersigned counsel, hereby brings to this Honorable Court's attention the fact that the case of Kriesch v. Johanns, Civil Action No. 05-02402 (RMC), which Plaintiff argues is a useful guide for determining the pending transfer request and which Defendant argues is clearly distinguishable, is now published as Kreisch v. Johanns, 468 F.Supp.2d 183 (D.D.C. 2007). Compare Supplement to Plaintiff's Opposition to Defendant's Motion to Dismiss or Transfer (Jan. 8, 2007) with Reply to Plaintiff's Opposition to Defendant's Motion to Transfer (Jan. 12, 2007), at 9-10. As previously indicated, Plaintiff begins working in Washington, D.C. under alleged discriminatory official John W. Chott, Jr., (who previously suspended Plaintiff for 30 days) on May 14,

2007.  See Plaintiff's Notice of Filing: Material Change in Relevant Facts (Feb. 20, 2007).

Respectfully submitted,


_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
MARK A. DANN
    (D.C. Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

May 4, 2007                 Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Filing was served this 4th day of May, 2007, via both facsimile and electronic case filing through the Court, upon counsel for Defendant as follows:

Diane M. Sullivan, Esq.
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, DC 20530
Fax: (202) 514-8780


_____/s/_____
JOSEPH D. GEBHARDT