UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENDER L. "PAT" HUNTER )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>MICHAEL O. JOHANNS )<br>SECRETARY OF AGRICULTURE, )<br>U.S. Department of Agriculture)<br>)<br>  Defendant. )<br>)<br>_____) | Civil Action No. 06-0839(RWR) |

### RESPONSE TO PLAINTIFF'S NOTICE OF FILING
### AND SUPPLEMENTAL MEMORANDUM

Kriesh v. Johanns, 468 F.Supp. 183 (D.D.C. 2007) cited by plaintiff, and previously brought to the attention of this Court, is clearly distinguishable from the case at bar.

In Kreish, the case was not transferred to Maryland because the Court denied a motion to dismiss plaintiff's claims arising out of actions taken in the District of Columbia. The allegations of discrimination occurring in the District of Columbia prior to plaintiff's transfer to Maryland in 2000 were numerous, including a hostile work environment claim and alleged discriminatory and retaliatory failure to pay bonuses in 1997, 1998 and 1999. Id. at 189. The Court declined to transfer the case "Because the Court has not dismissed the D.C. based claims . . . ." Id. at 190.

Here, all the actions forming the basis of plaintiff's discrimination claims, including the proposed suspension by her

supervisor, occurred in Maryland (See Defendant's Motion to Transfer and Reply for a comprehensive list of the acts occurring in Maryland).

```
                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney


                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              __/s/_____
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205
```